IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT FERNANDEZ,                                    CV. 09-589-HU

        Plaintiff,                                    ORDER

   v.

JOE DeCAMP, Superintendent,
Deer Ridge Correctional
Institution,

        Defendant.

BROWN, Judge

    Plaintiff's motion for voluntary dismissal (#11) is GRANTED. IT IS FURTHER ORDERED that the portion of my order (#10) directing the Oregon Department of Corrections to collect the $350.00 filing fee from plaintiff's trust account is VACATED. Collection of the filing fee shall be waived in this proceeding in light of plaintiff's voluntary dismissal.

///

///

///

///

1 - ORDER

The Clerk of the Court is DIRECTED to send a copy of this order to the Oregon Department of Corrections, Central Trust Unit, 2575 Center Street, Salem, Oregon 97310.

IT IS SO ORDERED.

DATED this __9th__ day of September, 2009.

/s/ Anna J. Brown
Anna J. Brown
United States District Judge

2 - ORDER